## IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| CARL LEWIS, in his individual capacity and as father and next friend of KARRIE'UN McGUIRE, a minor<br><br>Plaintiffs<br><br>v.<br><br>HAMILTON COUNTY DEPARTMENT OF EDUCATION, DURHAM SCHOOL SERVICES, L.P., NATIONAL EXPRESS, LLC, JOHNTHONY WALKER, Individually and in his capacity as an agent for the Hamilton County Department of Education, Durham School Services, L.P., and National Express, LLC, and BENJAMIN COULTER, Individually and in his capacity as an agent for the Hamilton County Department of Education<br><br>Defendants | NO. 17-C-291<br><br>DIVISION I<br><br>JURY DEMAND |

### NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME Plaintiffs, through their attorney, pursuant to Rule 41 of the *Tennessee Rules of Civil Procedure*, and hereby give notice of their intention to take a voluntary dismissal without prejudice as to any and all claims against Johnthony Walker which are included or includable in their Complaint. Accordingly, it is,

ORDERED, ADJUDGED and DECREED that any and all claims of Plaintiffs against Johnthony Walker which are included or includable in this case be and the same hereby are **DISMISSED** WITHOUT PREJUDICE to the refiling of the same.



EXHIBIT B

This Order shall have no effect on the claims of the Plaintiffs against the remaining Defendants which shall remain before the Court.

Taxing of court costs is deferred pending final outcome of this case.

ENTER this 13th day of March, 2017.

_____
JOHN B. BENNETT
CIRCUIT COURT JUDGE, DIVISION I

APPROVED FOR ENTRY:

**ROBIN R. FLORES, ATTORNEY**
4110-A Brainerd Road
Chattanooga, TN 37411
Telephone: (423) 267-1575
Facsimile: (423) 267-2703

By: _____
Robin R. Flores, BPR# 020751
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties at interest in this cause by delivering an exact copy to said counsel or by placing an exact copy in the United States mail addressed to said counsel with sufficient postage thereupon to carry the same to its destination.

This the _13_ day of _March_, 2017.

Robinson, Smith & Wells

By: _____

cc: Ronald D. Wells, Attorney
Robinson, Smith & Well, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
*Attorney for Defendant, Johnthony Walker*

Michael R. Campbell, Attorney
Lauren M. Turner, Attorney
Campbell & Campbell
Suite 1200, James Building
735 Broad Street
Chattanooga, TN  34702-1835
*Attorneys for Defendant, Durham School Services, L.P.*

dlw/030717/RDW/walkerjohnthony.plaintiffs' notice and order of voluntary dismissal without prejudice.lewis

THE FOREGOING IS A
TRUE & CORRECT COPY
OF THE ORIGINAL JUDGEMENT
ON FILE                 USE

MAR 13   17
LARRY L. HENRY, CLERK
BY____HBN____ DC